UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-03983 DKW (ADS) Date: August 2, 2026

Title: *E.A. v. Markwayne Mullin, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER REQUIRING MEET AND CONFER DUE TO NON-OPPOSITION**

Before the Court is a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Respondents filed an Answer indicating that they favored a bond hearing as the appropriate remedy to the Petition, which the Court construes as non-opposition to the merits of the Petition.[1]

Absent consent of the parties, this case will be resolved by Report and Recommendation. In order to avoid the delay inherent with the Report and Recommendation process, the parties are ordered to meet and confer and file a stipulated proposed order and judgment for the assigned District Judge's signature as soon as possible but no later than August 5, 2026.

**IT IS SO ORDERED.**

[1] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." United States v. Sineneng-Smith, 590 U.S. 371, 375 (2020) (citation modified). Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief." Id. at 375–76 (citation modified).