UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-03983 DKW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Motion to Proceed with Pseudonym, Answer, Traverse, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated August 18, 2026, [Dkt. No. 16]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 16], is accepted;

2. The Petition is granted;

3. The Motion to Proceed with the Pseudonym E.A is granted;

4. Respondents must immediately release Petitioner E.A. (A#235-468-580);

5. Respondents are enjoined from re-detaining Petitioner without prior notice and a pre-deprivation hearing before a neutral decisionmaker;

6. Respondents must return of all of Petitioner's personal belongings that were on his person at the time of his detention; and

7. Judgment is to be entered accordingly.

DATED: August 25, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge