JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-03983 DKW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner E.A. (A#235-468-580).

DATED: August 25, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge